**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| In re:<br>LARRY W. MARTIN<br>WANDA J. MARTIN<br>     Debtor(s) | Case No. 07-42529-R |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Janna L. Countryman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/01/2007.

2) The plan was confirmed on 04/25/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/14/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 11/05/2012.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $11,650.00.

10) Amount of unsecured claims discharged without payment: $122,112.08.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $80,156.32 | |
| Less amount refunded to debtor | $828.27 | |
| **NET RECEIPTS:** | | **$79,328.05** |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,824.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $6,744.61 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$9,568.61** |
| Attorney fees paid and disclosed by debtor: | $826.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE, LLP | Unsecured | 298.00 | 2,731.82 | 2,731.82 | 111.05 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | NA | 15,091.32 | 15,091.32 | 613.46 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | NA | 7,952.54 | 7,952.54 | 323.27 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | 12,220.00 | 8,215.51 | 8,215.51 | 333.96 | 0.00 |
| CASH CALL | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA, NA | Unsecured | 1,000.00 | 5,301.46 | 5,301.46 | 215.50 | 0.00 |
| CHASE BANK USA, NA | Unsecured | NA | 10,266.24 | 10,266.24 | 417.32 | 0.00 |
| CHASE BANK USA, NA | Unsecured | NA | 8,788.59 | 8,788.59 | 357.26 | 0.00 |
| CITY OF IRVING | Secured | NA | 400.78 | 400.78 | 0.00 | 0.00 |
| CONNS | Unsecured | NA | 0.00 | 2,348.37 | 95.46 | 0.00 |
| CONNS | Secured | 4,703.00 | 4,768.37 | 2,420.00 | 2,420.00 | 529.27 |
| DALLAS COUNTY TAX COLLECTOR | Secured | 2,050.00 | 420.51 | 420.51 | 420.51 | 26.46 |
| EAST BAY FUNDING | Unsecured | 390.00 | 5,928.00 | 5,928.83 | 241.00 | 0.00 |
| ECAST SETTLEMENT CORP. | Unsecured | 75.00 | 1,169.35 | 1,169.35 | 47.53 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 470.00 | 5,460.41 | 5,460.41 | 221.97 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 10,896.56 | 10,896.56 | 442.94 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 100.00 | 2,495.00 | 2,495.00 | 101.42 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 200.00 | 3,649.41 | 3,649.41 | 148.35 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 174.00 | 1,860.54 | 1,860.54 | 75.63 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 548.60 | 548.60 | 22.30 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 461.39 | 461.39 | 18.76 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Secured | 41,501.00 | 42,793.28 | 40,893.88 | 40,893.88 | 7,407.31 |
| FORD MOTOR CREDIT COMPANY | Secured | NA | 0.00 | 1,899.40 | 1,899.40 | 0.00 |
| GEICO CREDIT | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE | Unsecured | 7,600.00 | NA | NA | 0.00 | 0.00 |
| IRVING ISD | Secured | NA | 1,047.38 | 1,047.38 | 1,047.38 | 244.88 |
| LVNV FUNDING LLC ITS SUCCESSOR | Unsecured | 180.00 | 7,709.09 | 7,709.09 | 313.37 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 330.00 | 663.27 | 663.27 | 26.97 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 3,023.33 | 3,023.33 | 122.90 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 1,310.33 | 1,310.33 | 53.26 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT, | Unsecured | 170.00 | 7,172.57 | 7,172.57 | 291.56 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 490.91 | 490.91 | 19.96 | 0.00 |
| TOYOTA MOTOR CREDIT CORP. | Secured | NA | 0.00 | 315.67 | 60.38 | 0.00 |
| WELLS FARGO | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Secured | 6,000.00 | 7,748.78 | 6,575.00 | 6,575.00 | 1,301.58 |
| WELLS FARGO AUTO FINANCE | Unsecured | NA | 0.00 | 1,173.78 | 47.71 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | NA | 0.00 | 2,204.38 | 89.61 | 0.00 |
| WELLS FARGO FINANCIAL | Secured | NA | 2,704.38 | 500.00 | 500.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 2,500.00 | 0.00 | 3,290.38 | 1,333.85 | 347.02 |
| WELLS FARGO HOME MORTGAGE | Secured | 92,000.00 | 96,348.19 | 96,348.19 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $96,348.19 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,290.38 | $1,333.85 | $347.02 |
| Debt Secured by Vehicle | $47,468.88 | $47,468.88 | $8,708.89 |
| All Other Secured | $7,003.74 | $6,347.67 | $800.61 |
| **TOTAL SECURED:** | **$154,111.19** | **$55,150.40** | **$9,856.52** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$116,913.60** | **$4,752.52** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,568.61 |
| Disbursements to Creditors | $69,759.44 |
| **TOTAL DISBURSEMENTS :** | **$79,328.05** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/01/2013                              By:/s/ Janna L. Countryman
                                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Standing Trustee's Final Report and Account has been served upon the following parties in interest by mailing a copy of same to them via first class mail on the date set forth below.

BARRON & BARRON, LLP
P. O. BOX 1347
NEDERLAND, TX  77627-1347

LARRY W. MARTIN
WANDA J. MARTIN
3720 CANARY DRIVE
IRVING, TX  75062


Dated:   May 01, 2013                           /s/ Janna L. Countryman
                                                Office of the Standing Chapter 13 Trustee

**UST Form 101-13-FR-S (9/1/2009)**

**The information reflected in this report as to the discharge of claims is not intended to render an opinion as to whether any specific debt is, or is not, discharged. Only the court can issue an order determining the dischargeability of a debt.**

Case 07-42529    Doc 117    Filed 05/01/13    Entered 05/01/13 15:59:01    Desc Main
                    Document      Page 6 of 6